Curia.

In a libel for a divorce from bed and board only, you nave no occasion to prove a marriage, unless it be denied.
The evidence in support of the charge of cruelty was only of abusive and threatening language.
Curia. Threats of violence, without an actual assault, are not a legal cause for divorce, (a) The wife’s remedy in such case is by exhibiting articles of the peace against her husband.

The divorce was refused.

 Warren vs. Warren, 3 Mass. Rep. 321. — French vs. French, 4 Mass. Rep. 587. — Sed vide, contra, Hulme vs. Hulme, 2 Adams’s Eccl. R. 27. — Oliver vs. Oliver, 1 Hagg. Cons. R. 364. — Kirkman vs. Kirkman, 1 Hagg. Con. R. 409. — Holden vs. Holden, 1 Hagg. Con. R. 458. — Evans vs. Evans, 1 Hagg. Con. R. 35. — Waring vs. Waring, 2 Phil. 132. — Popkin vs. Popkin, 1 Hagg. Eccl. R. 768. — De’Aguillar vs. De’Aguillar, 1 Hagg. Eccl. R. 773. — Westmeath vs. Westmeath, 2 Hagg. Eccl. R. 72, 112, 113. — Barrere vs. Barrere, 4 Johns. Ch. 187. — 2 Kent. Com. 126, 127, 2d ed ; and vide Perkins vs. Perkins, 6 Mass. Rep. 69.